JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| VICTOR TROCHES-REYES, | Case No. 2:25-cv-06664-WLH-JDE |
| Petitioner, | |
| v. | JUDGMENT |
| BRIAN BIRKHOLZ, Warden, | |
| Respondent. | |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the Petition is denied and this action is dismissed without prejudice.

Dated: 9/19/2025

WESLEY L. HSU
United States District Judge